UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

**LOCAL 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), AFL-CIO (PARAMOUNT INDUSTRIES, INC.)**

        **Petitioner**

v.

**RYAN GREENE, an Individual**

        **Respondent**

Case No.: 17-1058

NLRB Case No.: 07-CB-149555

**MILLER COHEN, P.L.C.**
Robert D. Fetter (P68816)
*Attorney for Respondent*
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454 Phone
(313) 964-4490 Fax
rfetter@millercohen.com

**NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION**
Amanda K. Freeman, Esq.
8001 Braddock Road, Suite 600
Springfield, VA 22151
akf@nrtw.org

**NATIONAL LABOR RELATIONS BOARD** - Region 7
Robert Buzaitis, Counsel for the General Counsel
477 Michigan Avenue – Room 300
Detroit, MI 48226-2569
(313) 226-3200 Phone
(313) 226-2090 Fax

## PETITION FOR REVIEW

Respondent Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO (Paramount Industries, Inc.) hereby petitions the United States Court of Appeals for the D.C. Circuit for review of the Decision and Order of the National Labor Relations Board ("NLRB"), entered on February 10, 2017, in NLRB Case No. 07-CB-149555; 365 NLRB No. 30 (attached), by which the NLRB reversed the Administrative Law Judge's Decision and Order dated October 26, 2015.

                                              Respectfully submitted,
                                              **MILLER COHEN, P.L.C.**

By: _____
                                              Robert D. Fetter (P68816)
                                              *Attorney for Respondent*
                                              600 W. Lafayette Blvd., 4th Floor
                                              Detroit, MI 48226
                                              (313) 964-4454 Phone
                                              (313) 964-4490 Fax
                                              rfetter@millercohen.com

Dated: February 20, 2017

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB 21 2017

RECEIVED

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 21 2017

CLERK

ORIGINAL

# UNITED STATES COURT OF APPEALS
# FOR THE D.C. CIRCUIT

**LOCAL 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), AFL-CIO (PARAMOUNT INDUSTRIES, INC.)**

                    **Petitioner**

v.

**RYAN GREENE, an Individual**

                    **Respondent**

Case No.: 17-1058

NLRB Case No.: 07-CB-149555

_____/

**MILLER COHEN, P.L.C.**
Robert D. Fetter (P68816)
*Attorney for Respondent*
600 W. Lafayette Blvd., 4th Floor
Detroit, Michigan 48226
(313) 964-4454 Phone
(313) 964-4490 Fax
rfetter@millercohen.com

**NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION**
Amanda K. Freeman, Esq.
8001 Braddock Road, Suite 600
Springfield, VA 22151
akf@nrtw.org

**NATIONAL LABOR RELATIONS BOARD** - Region 7
Robert Buzaitis, Counsel for the General Counsel
477 Michigan Avenue – Room 300
Detroit, MI 48226-2569
(313) 226-3200 Phone
(313) 226-2090 Fax

_____/

## DISCLOSURE STATEMENT

NOW COMES Respondent Local 58, International Brotherhood of Electrical Workers (IBEW), AFL-CIO (Paramount Industries, Inc.) and hereby presents the United States Court of Appeals for the D.C. Circuit a disclosure statement:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party: No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest: No.

Respectfully submitted,
**MILLER COHEN, P.L.C.**

By: _____
Robert D. Fetter (P68816)
*Attorney for Respondent*
600 W. Lafayette Blvd., 4th Floor
Detroit, MI 48226
(313) 964-4454 Phone
(313) 964-4490 Fax
rfetter@millercohen.com

Dated: February 20, 2017

UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

**LOCAL 58, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW), AFL-CIO (PARAMOUNT INDUSTRIES, INC.)**

          Petitioner

v.

**RYAN GREENE, an Individual**

          Respondent

Case No.: _____

NLRB Case No.: 07-CB-149555

---

| | |
|---|---|
| **MILLER COHEN, P.L.C.**<br>Robert D. Fetter (P68816)<br>*Attorney for Respondent*<br>600 W. Lafayette Blvd., 4th Floor<br>Detroit, Michigan 48226<br>(313) 964-4454 Phone<br>(313) 964-4490 Fax<br>rfetter@millercohen.com | **NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION**<br>Amanda K. Freeman, Esq.<br>8001 Braddock Road, Suite 600<br>Springfield, VA 22151<br>akf@nrtw.org<br><br>**NATIONAL LABOR RELATIONS BOARD** - Region 7<br>Robert Buzaitis, Counsel for the General Counsel<br>477 Michigan Avenue – Room 300<br>Detroit, MI 48226-2569<br>(313) 226-3200 Phone<br>(313) 226-2090 Fax |

## PROOF OF SERVICE

MARIA MACEWEN, an employee of MILLER COHEN, P.L.C., says that on *February 20, 2017,* she served a copy of **PETITION FOR REVIEW** and **DISCLOSURE STATEMENT**, along with this *Proof of Service*, upon:

| | |
|---|---|
| Amanda K. Freeman, Esq.<br>**NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION**<br>8001 Braddock Road, Suite 600<br>Springfield, VA 22151 | Mr. Robert Buzaitis,<br>Counsel for the General Counsel<br>**NATIONAL LABOR RELATIONS BOARD, REGION 7**<br>477 Michigan Avenue, Room 300<br>Detroit, MI 48226-2569 |

via *U.S. First-Class Mail* by enclosing the same in a sealed envelope with first class postage fully prepaid, and by depositing the same in the United States Mail in Detroit, Michigan.

                                                                                   _____
                                                                                          MARIA MACEWEN

Subscribed and sworn to before me on
this 20th day of February 2017

_____
**Diane Boxie**, Notary Public
Wayne County, MI
My Commission Expires: **09/15/2020**